**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

--------------------------------------------------------------------------------

ELISEO DISLA, on behalf of herself and all others
similarly situated,

                    Plaintiff,

      -against-

INVESTINET, LLC, INC. and LVNV FUNDING,
LLC,

                    Defendants.

--------------------------------------------------------------------------------

Case No.: 2:21-cv-16559-ES-LDW

**STIPULATION OF**
**DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is hereby discontinued with prejudice, without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED, that fax and/or e-mailed PDF copies of this stipulation and signatures shall be treated as originals.

Dated: March 20, 2023

          JONES, CHULSKY & KESSLER, LLC

By:    */s/ Joseph K. Jones*
       Joseph K. Jones, Esq.
       330 Mounts Corner Drive, Suite 417
       Freehold, NJ 07728
       Tel. (877) 827-3395
       jkl@legaljones.com
       *Attorneys for Plaintiff*

Dated: March 20, 2023

          J. ROBBIN LAW, PLLC

By:    */s/ Jacquelyn A. DiCicco*
       Jacquelyn A. DiCicco, Esq.
       200 Business Park Drive, Suite 103
       Armonk, NY 10504
       Tel. (914) 685-5017
       Jacquelyn.dicicco@jrobbinlaw.com
       *Attorneys for Defendants*

**SO ORDERED.** The Clerk of the Court
shall mark this matter **CLOSED.**

_____

Hon. Esther Salas, U.S.D.J.
**Dated:** March 22, 2023